ERIC GRANT
United States Attorney
ELISA M. RODRIGUEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NARDO YOSNIER NOBLET ZAMORA, A233-168-166,

Petitioner,

v.

WARDEN OF MESA VERDE DETENTION CENTER, et al.,

Respondents.

CASE NO. 1:26-CV-08461-DJC-SCR

**ORDER TO SEAL DOCUMENTS**

Pursuant to Local Rule 141 of the E.D. Cal. (FRCP 5.2, 26), the Court has reviewed Respondents' request to seal Exhibits A through E from the public docket, and finding good cause, hereby GRANTS the request.

Exhibits A through E, accompanying Respondent's Opposition (Doc. 6), are now SEALED until further of this Court.

IT IS SO ORDERED.

Dated: October 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE